JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD SANTOS,<br><br>               Petitioner,<br>    vs.<br><br>AMY MILLER, Warden,<br><br>               Respondent. | Case No. CV 12-3964-DSF (DTB)<br><br>**J U D G M E N T** |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 11/25/13

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE